IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Timothy J. Hammill

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Michigan

1

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Michigan

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   Michigan Western District Ct

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

2

- ☐ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ✓ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

    December 23, 2013
    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    - ✓ Count I:     Strict Products Liability – Manufacturing Defect
    - ✓ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
    - ✓ Count III:   Strict Products Liability – Design Defect
    - ✓ Count IV:    Negligence - Design
    - ✓ Count V:     Negligence - Manufacture
    - ✓ Count VI:    Negligence – Failure to Recall/Retrofit
    - ✓ Count VII:   Negligence – Failure to Warn
    - ✓ Count VIII:  Negligent Misrepresentation
    - ✓ Count IX:    Negligence *Per Se*
    - ✓ Count X:     Breach of Express Warranty
    - ✓ Count XI:    Breach of Implied Warranty
    - ✓ Count XII:   Fraudulent Misrepresentation

- ☑ Count XIII: Fraudulent Concealment

- ☑ Count XIV: Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count XV: Loss of Consortium

- ☐ Count XVI: Wrongful Death

- ☑ Count XVII: Survival

- ☑ Punitive Damages

- ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

4

*Attorneys for Plaintiffs*

I hereby certify that on this 30 day of May, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Respectfully submitted,

**THE GOSS LAW FIRM, P.C.**

**<u>s/Peter E. Goss</u>**

Peter E. Goss    MO#57933
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 336-1300
Fax: (816) 336-1310
E-mail: pgoss@goss-lawfirm.com
**ATTORNEYS FOR PLAINTIFF**